Per Curiam.

(No. 75-CC-320—)

Educational Service Region Adams County, Claimant, *vs.* State of Illinois, Superintendent of Public Instruction, Respondent.

*Opinion filed November 25, 1974.*

Educational Service Region, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

PER CURIAM.